**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 20-37** |
| **BYRON JAMAL WATSON** | **SECTION "E"** |

# ORDER

**IT IS ORDERED** that the defendant's Rearraignment is hereby set for **Thursday, April 15, 2021** at **1:00 p.m.** by video conference due to the conditions caused by the outbreak of COVID-19. An e-mail will be sent to all participants with the link to the video conference.

**IT IS FURTHER ORDERED** that the Warden of St. Bernard Parish Prison make the defendant available for the video conference.

**New Orleans, Louisiana, this 22nd day of March, 2021.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

*Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.*

**CLERK TO NOTIFY:**
**St. Bernard Parish Prison**