UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 20-37 |
| BYRON JAMAL WATSON | * | SECTION "E" |

## ORDER OF DETENTION ON
## POST-TRIAL SUPERVISED RELEASE VIOLATION

The Defendant appeared before this Court for a detention hearing on JANUARY ___, 2026 on a petition to revoke the Defendant's supervised release pursuant to rule 32.1 of the Federal Rules of Criminal Procedure.

### Part I – Eligibility for Detention

The Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1, which incorporates 18 U.S.C. § 3143(a)(1). Detention is required unless the judicial officer finds, by clear and convincing evidence, that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under § 3142(b) or (c). 18 U.S.C. § 3143(a)(1). "[T]he burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the Defendant." Fed. R. Cr. P. 32.1(a)(6).

### Part II – DETENTION PENDING FURTHER PROCEEDINGS

[ ] Defendant

[ ] Government

[ ] Defendant and Government both

moved to continue the detention hearing. That hearing is now set on _____. The date of this hearing complies with the procedural timing requirements set forth in 18 U.S.C. § 3142(f). Accordingly, pursuant to 18 U.S.C. § 3142, the Defendant shall be DETAINED for the duration of the continuance until the detention hearing is held.

### Part III – DETENTION STIPULATED

[✓] At the detention hearing, the Defendant, through counsel, **stipulated to detention/waived the right to a detention hearing** and presented no evidence to meet the burden established in Rule 32.1. The Defendant is therefore DETAINED pending a final adjudication on the petition to revoke supervised release.

**Part IV: DETENTION HEARING HELD**

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the Defendant **has not** carried the burden to establish, by clear and convincing evidence, that the Defendant

[ ]  will not flee for the reasons stated on the record **and/or**

[ ]  is not a danger to any other person or to the community for the reasons stated on the record.

The Defendant is therefore DETAINED pending a final adjudication on the petition to revoke supervised release.

In addition to finding that the Defendant has not carried his/her burden and any other findings made on the record at the hearing, the reasons for detention include the following:

[ ]  Weight of evidence against the defendant is strong

[ ]  Subject to lengthy period of incarceration if convicted

[ ]  Prior criminal history

[ ]  Participation in criminal activity while on probation, parole, or supervision

[ ]  History of violence or use of weapons

[ ]  History of alcohol or substance abuse

[ ]  Lack of stable employment

[ ]  Lack of stable residence

[ ]  Lack of financially responsible sureties

[ ]  Lack of significant community or family ties to this district

[ ]  Significant family or other ties outside the United States

[ ]  Lack of legal status in the United States

[ ]  Subject to removal or deportation after serving any period of incarceration

[ ]  Prior failure to appear in court as ordered

[ ]  Prior attempt(s) to evade law enforcement

[ ]  Use of alias(es) or false documents

[ ] Background information unknown or unverified

[ ] Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION: _____

_____

_____

_____

_____

_____

**Part IV - Directions Regarding Detention**

The Defendant is remanded and committed to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility. The Defendant must be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined must deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

New Orleans, Louisiana, this 26th day of Jan, 2026

_____
U.S. MAGISTRATE JUDGE