**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-037** |
| **v.** | * | **SECTION: "E"** |
| **BYRON JAMAL WATSON** | * | |
| | * * * | |

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS ORDERED** that a status conference be set in ninety (90) days to determine whether both the state and federal matters can be amicably resolved in the foreseeable future. The status conference is set for **Wednesday, June 3, 2026, at 11:00 a.m.**, to provide an update to the Court.

 New Orleans, Louisiana, this 4th day of March, 2026.


_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**